IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| MARGARET WALTERS, | CV 24-169-BLG-TJC |
| Plaintiff, | |
| vs. | **ORDER** |
| TARGET CORPORATION, | |
| Defendant. | |

Defendant has filed an unopposed motion for Defendant's counsel to appear telephonically at the preliminary pretrial conference on February 6, 2025.  (Doc. 14.)  Good cause appearing, IT IS ORDERED that the motion is GRANTED. Counsel for Defendant shall use the Court's conferencing system to participate in the conference:

1.   Dial:  1-669-254-5252
2.   Enter Meeting ID: 161 207 26414 #
3.   Press # again (bypass the participant ID)

The parties are reminded for the future that, as set forth in the Court's Order Setting Preliminary Pretrial Conference and Associated Deadlines issued on December 19, 2024, there is no need for out-of-town counsel to seek an order from this Court if a notice of intent to appear telephonically is made no less than seven days before the conference:

Lead counsel, and any individual proceeding pro se, are expected to appear in person. Any out of town counsel who wish to appear by telephone for the conference rather than in person may do so. If out of town counsel elects to appear by telephone, they must file a notice indicating their intent to appear telephonically no less than seven (7) days before the conference.

(Doc. 9 at 2.)

DATED this 31st day of January, 2025.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge

2